1  SHAAMINI A. BABU (SBN 230704)
   ANJULI M. CARGAIN (SBN 270546)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   sbabu@sjlawcorp.com
5  acargain@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 10 | PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., | Case No.:  CV 14-3388 MEJ |
|----|---|---|
| 11 | Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| 12 | vs. | [~~PROPOSED~~] **ORDER** |
| 13 | GW CONSULTING CIVIL ENGINEERS, INC., et al., | Date:     October 23, 2014<br>Time:     10:00 a.m.<br>Location: 450 Golden Gate Avenue<br>              San Francisco, California |
| 14 | | |
| 15 | Defendants. | Courtroom: B, 15th Floor<br>Judge:     Honorable Maria-Elena James |

17    Plaintiffs hereby submit this Request to Continue the Case Management Conference
18 currently scheduled for October 23, 2014 at 10:00 a.m.

19    A Complaint was filed by Plaintiffs in this matter on July 25, 2014.  Docket 1.  As of the
20 date of the filing of this request, Defendant GW Consulting Civil Engineers, Inc. ("GW, Inc.") has
21 failed to answer the Complaint or file a responsive pleading.  As such, Plaintiffs requested entry of
22 default against GW, Inc. on September 16, 2014.  Docket 15.  The clerk entered default as to GW,
23 Inc. on September 19, 2014.  Docket 16.

24    Plaintiffs intend to file a Motion for Default Judgment against GW, Inc. by October 24,
25 2014. Accordingly, Plaintiffs respectfully request that the Case Management Conference
26 scheduled for October 23, 2014, be continued to December 11, 2014, the date on which the
27 hearing on the Motion for Default Judgment will be noticed. The request is made in the interest of
28 conserving costs, as well as the Court's time and resources.

1
REQUEST TO CONTINUE CMC
Case No.: CV 14-3388 MEJ

P:\CLIENTS\OE3WL\CASES\GW Consulting Civil Engineers Inc\CMC\Request to Continue CMC 10-9-14.doc

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Dated: October 9, 2014                     SALTZMAN & JOHNSON LAW CORPORATION


By: _____/s/_____
    Shaamini A. Babu
    Attorney for Plaintiffs
    Pension Plan for Pension Trust Fund for Operating
    Engineers, et al.

## **ORDER**

IT IS SO ORDERED.

    Based on the foregoing, and GOOD CAUSE appearing, the Case Management Conference currently scheduled for October 23, 2014, at 10:00 a.m. is hereby continued to December 11, 2014 at 10:00 a.m. or such other date when the hearing on Plaintiffs' Motion for Default Judgment will be held. All related deadlines are extended accordingly.

Dated: October 10, 2014           _____
    THE HONORABLE MARIA-ELENA JAMES
    UNITED STATES MAGISTRATE JUDGE

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

      I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

      On October 9, 2014, I served the following documents on the parties to this action in the manner described below:

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

<u>XX</u>    **MAIL** by placing the envelope for collection and mailing on the date shown above following our ordinary business practices.  Being readily familiar with this business's practice for collecting and processing correspondence for mailing, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed enveloped with postage fully prepaid.

| | |
|---|---|
| GW Consulting Civil Engineers, Inc., a California Corporation c/o Craig Hashimoto 1903 Balboa Drive Roseville, CA 95661 | GW Consulting Civil Engineers, Inc., a California Corporation c/o Renee Parker 6310 Crimson Ridge Drive Rocklin, CA 95765 |

GW Consulting Civil Engineers, Inc.,
a California Corporation
c/o Karen Wiese
4913 Olympia Court
Carmichael, CA 95608

      I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of October, 2014, at San Francisco, California.

                                      _____/s/_____
                                          Catherine Jemera