UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GW CONSULTING CIVIL ENGINEERS, INC.,<br><br>        Defendant. | Case No. 14-cv-03388-MEJ<br><br>**ORDER VACATING HEARING AND REQUESTING SUPPLEMENTAL DECLARATION**<br><br>Re: Dkt. No. 20 |

This matter is currently scheduled for a hearing on December 11, 2014 regarding Plaintiffs' Motion for Default Judgment. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the December 11 hearing.

To assist the Court in its determination of the motion, Plaintiffs are ORDERED to file a supplemental declaration by December 9, 2014, detailing (1) the $12,312.50 in attorneys' fees incurred by Plaintiffs as summarized in Shaamini Babu's Declaration, and (2) a copy of any invoices and/or receipts for the $5,214.87 in investigative services, filing fees, messenger services, and legal research fees claimed in connection with this case.

**IT IS SO ORDERED.**

Dated: December 3, 2014

                                                          _____<br>
                                                          MARIA-ELENA JAMES<br>
                                                          United States Magistrate Judge