UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>GW CONSULTING CIVIL ENGINEERS, INC.,<br><br>    Defendant. | 14-cv-03388-VC<br><br>**JUDGMENT** |

The Court, having granted the plaintiffs' motion for default judgment after defendants failed to participate in the case, now enters judgment in favor of the plaintiffs and against the defendant.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 8, 2015

_____
VINCE CHHABRIA
United States District Judge